UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RABI MIRAFI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:12-cv-242 |
| v. | ) | |
| | ) | Collier/Carter |
| COVENANT TRANSPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate that the instant matter is to be dismissed with prejudice as to the Defendant, Covenant Transport, Inc. ("Covenant"), with each party to bear its own costs and expenses. As a result of this stipulation, all claims asserted against Covenant by Plaintiff as set forth in his Complaint are hereby dismissed with prejudice.

Dated this 25th day of September, 2013.

*Signatures on Following Page*

AGREED TO FOR ENTRY BY:

**MILLER & MARTIN PLLC**

By:   s/ Scott E. Simmons
      John R. Bode, BPR No. 11415
      Scott E. Simmons, BPR No. 29392

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

Attorneys for Defendant


**LAW OFFICE OF DONALD D. ZUCCARELLO**

By:   s/ Donald D. Zuccarello
      Donald D. Zuccarello, BPR No. 15092

3209 West End Avenue
Nashville, TN 37203
Telephone: (615) 259-8100
Facsimile: (615) 259-8108

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that an exact copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

      Donald D. Zuccarello, Esq.
      Law Office of Donald D. Zuccarello
      3209 West End Avenue
      Nashville, TN 37203

This 25th day of September, 2013.

                                              By:   s/ Scott E. Simmons